UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RANDOLPH WILLIAM ST. GEORGE, | § § | |
| v. | § § | Civil Action No. 4:22-CV-376-SDJ-AGD |
| ACTING COMMISSIONER, SSA, | § § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #21) and Defendant's Response to Plaintiff's Motion for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #23), wherein Defendant states there is no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted.

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay eleven thousand four hundred forty dollars and zero cents ($11,440.00) as reasonable attorney's fees, and four hundred two dollars and zero cents ($402.00) as costs. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel.

**So ORDERED and SIGNED this 9th day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE